IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00173-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LARRY MICHAEL BOLLINGER | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motion to unseal documents relating to his sentencing, (Doc. No. 61), to which the government has not objected.

Local Rule 55.1(H) provides that pleadings incorporating or referring to the Presentence Report may be filed under seal. Materials filed under seal may not be disclosed publicly absent court order. Id. According to the motion, the defendant is seeking materials filed by his own attorney or the government leading up to his own sentencing hearing.[1] Accordingly, there does not appear to be a legal barrier to counsel providing copies to him, subject to redaction of any other person's identifying information. However, the defendant may not provide such materials to any other person absent further order of the Court.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 61), and his request for a status report, (Doc. No. 62), are **MOOT**.

Signed: January 13, 2017

Robert J. Conrad, Jr.
United States District Judge

---

[1] The defendant has not made a particularized showing as to his need for disclosure of the Court's Statement of Reasons, (Doc. No. 46), which merely recites the findings made orally during the sentencing hearing; therefore, it will not be provided to the defendant.